## ARTHUR SWANN *v.* STATE OF MARYLAND.

*Criminal Law—Delay in Appeal.*

Even in the case of a conviction of murder with sentence of death, where the appeal was not entered until fifty-four days after the judgment and sentence, and therefore beyond the statutory limit of thirty days, and no exceptions were prepared and presented until after the expiration of the term, although no extension had been applied for, or any agreement obtained, the appeal must be dismissed.

*Decided July 8th, 1927.*

Appeal from the Circuit Court for Frederick County.

Criminal proceeding against Arthur Swann. From a judgment of conviction, he appeals. Appeal dismissed.

The cause was argued before BOND, C. J., PATTISON, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*Milton Dashiell,* with whom was *George L. Fornoff* on the brief, for the appellant.

*John Hubner Rice, Assistant Attorney General,* with whom were *Thomas H. Robinson, Attorney General,* and *Ferdinand C. Cooksey, State's Attorney for Charles County,* on the brief, for the State.

BOND, C. J., delivered the opinion of the Court.